UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT AVERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00397-SRC |
| | ) | |
| MARY VEST et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Order

Robert Avery, a self-represented prisoner at the Northeast Correctional Center, filed a complaint, doc. 1, and requested leave to proceed *in forma pauperis* in a document titled "Affidavit in Support of Request to Proceed *In Forma Pauperis* – Prisoner Cases," doc. 2. For the reasons explained below, the Court denies Avery's request to proceed *in forma pauperis*.

Congress mandates that federal courts collect a filing fee from a party instituting any civil action, suit, or proceeding. 28 U.S.C. § 1914. Courts may waive prepayment of this fee for individuals who demonstrate an inability to pay. 28 U.S.C. § 1915(a)(1). When a court grants such a waiver, the plaintiff may proceed *in forma pauperis*.

To obtain *in forma pauperis* status, a prisoner litigant must file an affidavit demonstrating the inability to pay. 28 U.S.C. § 1915(a)(1). In addition to the standard *in forma pauperis* affidavit, a prisoner must provide a certified copy of his inmate account statement for the "6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2).

According to Avery's Affidavit, he possesses $2,000 in cash. Doc. 2 at 2 (The Court cites to page numbers as assigned by CM/ECF.). He earns $20 per month, and over the past 12 months, he received $400 per month from a friend. *Id.* at 1–2. He also has no dependents. *Id.*

Avery signed the Application under penalty of perjury. *Id.* at 3. And he did not provide the certified inmate account statement required by section 1915(a)(2).

The filing fee for this action is $405. Avery's Affidavit does not show that he "is unable to pay" that amount, 28 U.S.C. § 1915(a)(1), so the Court denies his request to proceed *in forma pauperis*, doc. 2. Even if Avery had shown his inability to pay, the Court would deny his request because he failed to meet the requirements of section 1915(a)(2).

Accordingly, the Court denies Avery's [2] request for leave to proceed *in forma pauperis*. The Court orders Avery to pay the $405 filing fee no later than May 11, 2026. If Avery does not comply with this Order, the Court will dismiss this case without prejudice and without further notice.

So ordered this 26th day of March 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE